UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RAYMOND M. MINIER, et al.,

                Plaintiffs,

-against-                                            24-cv-1311 (LAK)

ALICIA K. MENSAH, et ano.,

                Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Despite the Court's citation in its February 22 order of cases making clear beyond peradventure of a doubt that allegations of residence do not suffice to establish either nationality or citizenship, defendants' (misnamed) amended petition for removal, which the Court treats as a notice of removal, *see* 28 U.S.C. § 1446, continues to allege only residence but not nationality or citizenship. It therefore does not allege complete diversity of *citizenship*.

       The case is remanded to the New York Supreme Court, Bronx County.

       SO ORDERED.

Dated:       March 5, 2024

                                                                     Lewis A. Kaplan
                                                         United States District Judge